JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON URIBE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendant. | Case No. CV 25-1748-MWF(PDx)<br><br>ORDER GRANTING STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE |

The Court has considered the parties' Stipulation to Dismiss Entire Matter with Prejudice. (Docket No. 17). For good cause shown, the parties' request is GRANTED. IT IS HEREBY ORDERED that Plaintiff's individual claims are DISMISSED with prejudice. All parties shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: June 2, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge